```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PEARLETTE TOUSSANT, | : | CIVIL ACTION |
| | : | NO. 14-4266 |
|     Plaintiff, | : | |
| | : | |
|       v. | : | |
| | : | |
| DR. PATRICIA DAY WILLIAMS, | : | |
| | : | |
|     Defendant. | : | |

## **O R D E R**

**AND NOW**, this **25th** day of **November, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 15) is **DENIED**.

**AND IT IS SO ORDERED.**

                                          /s/ Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO,     J.**